NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

ADA R. CORDERO-SACKS, ESQ. (SBN: 240254)
TRACEY LYNN MERRELL, ESQ. (SBN: 266704)
CHRISTOPHER GODINEZ, ESQ. (SBN: 310599)
LAW OFFICES OF ADA R. CORDERO-SACKS
8339 Topanga Canyon Blvd., Suite 304
West Hills, California 91304
Email:  eservice@loacs.com
Telephone: (818) 343-0100; Facsimile: (818) 343-0070

ATTORNEY(S) FOR:  Defendant BLUE KEEP CA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, on behalf of itself and its members; JAMES LEE<br><br>Plaintiff(s),<br><br>v.<br><br>BLUE KEEP CA, LLC<br><br>Defendant(s) | CASE NUMBER:<br>5:25-cv-01705-JGB-DTB |
|---|---|
| | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Defendant BLUE KEEP CA, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BLUE KEEP CA, LLC | Defendant |
| UNITED AFRICAN-ASIAN ABILITIES CLUB | Plaintiff |
| JAMES LEE | Plaintiff |
| Macae Fidelity | Management Company |

11/18/2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

BLUE KEEP CA, LLC

LAW OFFICES OF ADA R. CORDERO-SACKS
8399 Topanga Canyon Blvd., Suite 304
West Hills, CA 91304
(818) 343-0100; Facsimile: (818) 343-0070

**PROOF OF SERVICE**

COUNTY OF LOS ANGELES, STATE OF CALIFORNIA:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 8399 Topanga Canyon Blvd., Suite 304, West Hills, CA 91304

On **November 18, 2025,** I served the foregoing document described **NOTICE OF INTERESTED PARTIES** in this action by placing [ X ] the original [ ] a true and correct copy therefore enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

Lightning Law, APC
Attn.: David C Wakefield, Esq.
10620 Treena St., Suite 230
San Diego, CA 92131

[ ] [BY MAIL] I am "readily familiar" with the business' routine practice for the collection and processing of correspondence for mailing with the United States Postal Service. I know that correspondence is deposited with the United States Postal Service on the same day that this declaration was executed in the ordinary course of business. I know that the envelope was sealed closed and with postal therefore fully prepaid, was placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

[ X ] [TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)] Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
*dcw@dmwakelaw.com,wakefieldlawassistant@gmail.com,lightninglawapc@gmail.com,dcwlawoffice@gmail.com*

[ X ] [ELECTRONIC SERVICE] I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 18, 2025          */s/ Karina Medina*
                                 Karina Medina